IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Henry, | No. 08-CV-121-TUC-AWT |
| Plaintiff, | **ORDER** |
| vs. | |
| State of Arizona; et al., | |
| Defendants. | |

Plaintiff Tyrone Henry has filed a Motion for Sanctions Against City Defendants under Fed. R. Civ. P. 11(c) (Doc. 77) for Defendants' allegedly "false statements and misleading argument in defendants' motion for summary judgment." Doc. 77, at 1. Because this motion is without merit, it is denied.

Henry claims that the City Defendants, in their statement of facts accompanying their Motion for Summary Judgment (Doc. 66), insinuated that he had been put in prison for a sexual offense. Henry clearly states: "Henry has never served prison time for a sex offense." Doc. 77, at 4. But that is where the clarity ends. In the other four pages of his motion, Henry presents a rambling series of arguments that either bear little relevance to the litigation or undermine his own position. In the end, the motion says only that Henry was never imprisoned for a sex offense. Defendants agree. They said as much in their Motion for Summary Judgment.

1    Defendants' words have, apparently, been misunderstood. But a misunderstanding is
2 no reason for sanctions under Fed. R. Civ. P. 11(b). And, a misunderstanding is also not a
3 reason to sanction the Plaintiff for filing the motion at issue.
4    Accordingly, **IT IS ORDERED**:
5    Plaintiff's Motion for Sanctions Against City Defendants (Doc. 77) is **denied**. City
6 Defendants' counter request for attorneys' fees is also **denied**.
7    DATED this 15th day of March, 2011.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation